UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KEYSTONE MOUNTAIN LAKES
REGIONAL COUNCIL OF CARPENTERS
as successors to NORTHEAST REGIONAL
COUNCIL OF CARPENTERS,
NORTHEAST CARPENTERS FUNDS AND
THE TRUSTEES THEREOF,

Petitioners,

v.

FERREIRA CONSTRUCTION,

Respondent.

Civil Action No. 18-11746 (MAS) (DEA)

**MEMORANDUM ORDER**

This matter comes before the Court upon Petitioners Keystone Mountain Lakes Regional Council of Carpenters as successors to Northeast Regional Council of Carpenters, Northeast Carpenters Funds and the Trustees Thereof's ("Petitioners") Petition to Confirm Arbitration Award ("Petition") (ECF No. 1) and Motion to Confirm Arbitration Award ("Motion") (ECF No. 2). Ferreira Construction ("Respondent") has not appeared in this action. The Petition indicates that "*[a]t all times relevant*, Respondent was, and still is, a business entity . . . with a principal place of business located at 31 Tannery Road, Branchburg, New Jersey 08876." (Pet. ¶ 3) (emphasis added). Petitioners' Certificate of Service in support of their Motion reflects that Petitioners served Respondent at 31 Tannery Road, Branchburg, New Jersey. (Cert. of Service, ECF No. 2-4.) The Petition, however, contains a signature page for Ferreira Construction with an address of 21 Mountain Road, Basking Ridge, NJ 07920. (Pet., Ex. B.) In addition, the Arbitration Award and Order states that "due notice of the hearing was issued to the Employer." (Award & Order, Pet., Ex. D.) The Arbitration Award and Order, however, does not include the

specific address of service. Finally, Petitioners filed a "Statement that No Brief is Necessary." (ECF No. 2-1.) Here, based on the discrepancies in addresses and the lack of a legal brief, the Court finds that Petitioners have not adequately demonstrated entitlement to relief. Based on the foregoing, and other good cause shown,

IT IS on this 1st day of February 2019, **ORDERED** that:

1. Petitioners' Motion to Confirm the Arbitration Award (ECF No. 2) is denied without prejudice.

2. Petitioners may file a renewed Motion by **March 1, 2019**, with supporting documentation and, if appropriate, a legal brief.[1]

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] Petitioners' renewed motion papers must include proof of service for the arbitration hearing, the Petition, and the renewed motion.

2